1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

| | |
|---|---|
| BILLY WAYNE BLAIR, JR, | CASE NO. 1:07-cv-01601-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 2) |
| Defendants. | |

_____/

16      Plaintiff Billy Wayne Blair, Jr ("plaintiff") is a state prisoner proceeding pro se in this civil

17   rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19      On August 20, 2008, the Magistrate Judge filed a Findings and Recommendations herein

20   which was served on plaintiff and which contained notice to plaintiff that any objection to the

21   Findings and Recommendations was to be filed within thirty days.  Plaintiff did not file a timely

22   Objection to the Findings and Recommendations.

23      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

24   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

25   and Recommendations to be supported by the record and by proper analysis.

26      Accordingly, IT IS HEREBY ORDERED that:

27      1.      The Findings and Recommendations, filed August 20, 2008, is adopted in full; and

28      2.      This action is dismissed for failure to state a claim upon which relief may be granted.

1

IT IS SO ORDERED.

**Dated:    October 8, 2008**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE